UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:05-CR-20008-CR-HUCK

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ELLINGTON OSBORNE
    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S SECOND RE-FILED MOTION TO TERMINATE SUPERVISED RELEASE

THIS MATTER came before the Court by virtue of the Defendant's Second Re-filed Motion to Terminate Supervised Release (D.E. #31) filed on June 30, 2008. After careful consideration of the Defendant's Motion, and U.S. Probation Memorandum, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is GRANTED. Thus, the Defendant's term of supervised release is terminated.

DONE AND ORDERED in chambers in Miami, Florida this 7 day of July, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record